A. J. AND J. O. PILAR, INC., PLAINTIFF-PETITIONER, v. LISTER CORPORATION, DEFENDANT-RESPONDENT.

See same case below: 38 *N. J. Super.* 488.

*Mr. C. Wallace Vail* and *Mr. Sanford Freedman* for the petitioner.

*Mr. Alan V. Lowenstein* and *Mr. Howard T. Rosen* for the respondent.

March 12, 1956.   Granted.